IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal No. 04-52 Erie |
| V ) | |
| ) | |
| YAKEEN ROGERS, ) | |
|     Defendant ) | |

**ORDER**

AND NOW, this __14th__ day of __October__, 2005, IT IS HEREBY ORDERED that the above captioned case is scheduled for trial on **Monday, October 24, 2005** at **9:00 a.m.** before the Honorable Sean J. McLaughlin in Courtroom C, United States Courthouse, Erie, Pennsylvania.

    s/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: All counsel of record __nk__
    United States Marshal Service
    Pretrial/Probation Service