```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
          v.                  ) Criminal No. 04-52 Erie
                              )
YAKEEN ROGERS                 )
```

## ORDER OF COURT

AND NOW, to-wit, this ____ day of October, 2005, upon consideration of the within Motion to Continue Trial Date, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that trial in this case is rescheduled to begin March 13, 2006.

```
                         _____
                         SEAN J. McLAUGHLIN
                         United States District Judge
```

cc:   Thomas W. Patton, AFPD
      Marshall J. Piccinini, AUSA