IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-52 Erie |
| | ) |
| YAKEEN ROGERS | ) |

### ORDER OF COURT

AND NOW, to-wit, this ____ day of October, 2005, upon consideration of the within Motion to Continue Trial Date, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period within which the trial may be held shall be excluded under Title 18 U.S.C. § 3161 (h)(8)(A), since the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial; where failure to grant such a continuance would be likely to result in a miscarriage of justice pursuant to Title 18 U.S.C. § (h)(8)(B)(i); and would unreasonably deny counsel the reasonable time necessary for effective preparation, pursuant to Title 18 U.S.C. § (h)(8)(B)(iv).

IT IS FURTHER ORDERED that trial in this case is rescheduled to begin March 13, 2006.

SEAN J. McLAUGHLIN
United States District Judge

cc:  Thomas W. Patton, AFPD
     Marshall J. Piccinini, AUSA