# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. )
)
**Plaintiff** )
)
vs. ) No. CR 04-52 E
)
Yakeen Rogers )
)
**Defendant** )

HEARING ON **Change of Plea**

Held on **Thurs 3-9-06**

Before Judge **McLaughlin**

**Marshall Piccinini, AUSA**          **Thomas Patton, PDA**

Appear for Plaintiff          Appear for Defendant

Hearing begun **10:01 am**          Hearing adjourned to **10:17 am**

Hearing concluded C.A.V. _____          Stenographer **Ron Bench**

Clerk **Nicole Kuenek**

### WITNESSES:

For Plaintiff          For Defendant

Δ Sworn
Δ Pleads Guilty

Sentencing scheduled for June 12, 2006 @ 10 am