IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. 04-52 ERIE |
| | ) | |
| YAKEEN ROGERS, | ) | |
| Defendant. | ) | |

### PLEA

AND NOW, the defendant, **YAKEEN ROGERS,** in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered November 18, 2004, and now pleads GUILTY to Count(s) One (1) only in open Court this 9th day of March, 2006

_____
Defendant

_____
Attorney