IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Criminal No. 04-52 ERIE |
| YAKEEN ROGERS, | ) |
| Defendants | ) |

## ORDER

AND NOW THIS 19th day of June, 2006, the Defendant, YAKEEN ROGERS, having failed to appear for his sentencing

IT IS HEREBY ORDERED that the Clerk of Courts issue a Bench Warrant for the above named defendant.

  S/Sean J. McLaughlin
  Sean J. McLaughlin
  United States District Judge

cc: counsel/parties of record  NK
    U.S. Marshal Service
    U.S. Probation/Pretrial Services