# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America          )
                                  )
                                  )
                        Plaintiff )
            vs.                   )     No.          CR 04-52 Erie
Yakeen Rogers                     )
                                  )
                                  )
                        Defendant )

HEARING ON   August 25, 2006

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Marshall J. Piccinini, Esq., AUSA            Thomas W. Patton, Esq., Federal P.D.

Appear for Plaintiff                         Appear for Defendant

Hearing Begun  10:30 a.m.                    Hearing Adjourned to

Hearing concluded C.A.V.  10:37 a.m.         Stenographer Ron Bench
                                             CD:        Index:

WITNESSES
For Plaintiff                                For Defendant

Gov't. requests that defendant be detained until his sentencing, which is scheduled for October. Court rules to detain defendant. Order to follow.