IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff<br>　　v.<br>YAKEEN ROGERS<br>　　　　　　　Defendant | CR. No. 04-52 Erie |

## ORDER

AND NOW, this 25th day of August, 2006, in accordance with the reasons set forth on the record following the hearing of this date, it is

ORDERED that the Request For Detention filed by the United States in this matter is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility with persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to private consultation with defense counsel. When notice is given to the person in charge of the corrections facility, Defendant shall be delivered to the United States Marshal for the purpose of reporting to the facility within which Defendant will begin to serve his sentence.

　　　　　　　　　　　　　　　　　　s/Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge