AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

YAKEEN ROGERS

**WARRANT FOR ARREST**

Case Number: 04-52 Erie

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Yakeen Rogers__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with   (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

Failure to appear for sentencing 6/19/2006 before Judge Sean J. McLauglin

*FILED '06 AUG 25 A11:31 CLERK U.S. DISTRICT COURT*

Debra L. Mayo
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*/s/ Debra L. Mayo*
Signature of Issuing Officer

June 19, 2006        Erie, PA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 06/19/2006 | NAME AND TITLE OF ARRESTING OFFICER SA JAMES A MUHA | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 08/24/2006 | | |