CR 04-52 Erie

To the Honorable McLaughlin

Honorable McLaughlin I'm writing to you about the lengthly sentence that will be handed down to me on 10/11/06. Your Honor would you please take into consideration the fact that yes I did flee the state knowing I shouldn't have that is why I turned myself Yakeen Rogers in to the athoreties of the law. Your Honor I'm not in any way stating that I don't accept responsablety because I am. Your Honor its just though I feel I was entrapped. As we know from the investagation report that Kennith Thompson my half brother was the Confedential Informant at hand. Your Honor If I may, I would like to give you an insight on how Kennith used me, so that he could recieve a lighter sentence. Your Honor I Yakeen Rogers after doing a lengthly stentence in a state correctional insitution was trying to do the right thing by working at this time in question a 7 day a week job for Engineerd Products Inc. Lake City, Pa. At this point in time I don't know if Kennith was already charged. But beings though that I had just come home from the state phacility he was coming around to my home very frecquently. Kennith would ask me if I was back into selling again

and I would tell him that I worked. Your Honor I'm not asking you to have sympathy, I'm asking for open mind. Prior to the night in question of June 22nd 2004, My brother Kenneth would come by to talk to me about all of his personal family problems that he were going thru at home and how he had just been layed off and needed money. So the night in question he already came to me earlier that evening asking me could I do him a favor I told him I didn't know because I no longer sold drugs. So he Kenneth Thompson calls me that night already knowing his intentions was to set me up. Your Honor im not saying that I Ypkeen Rogers was not in wrong doing for my part in this conspricay. But as a brother I thought I was helping him, by doing him this so called favor, because of his situation at home only to find out that I was his way out of the a situation that Kenneth got himself into, which I had no clue. Your Honor my last drug coniriction was in 1995. I Ypkeen Rogers was not a drug dealer during the time of this incident on June 22 2004 I thought I was helping my brother. Like I said Your Honor I was trying to do right by working paying child support also

had a job on the side babysitting through Child care/Welfare. Part time. I was Engaged also helping my Fiance raise three Children besides my own two daughters. Your Honor I was trying to be a family man and change my life. I Yakeen Rogers am not saying that I was wrong in my Part of this Drug violation I'm just asking with all due Respect that you can have an open mind on 10/11/06. I would like to thank you Your Honorable Judg Sean J McLaughlin for taking the time to hear me out.

Thank You

Sincerely

Mr Yakeen Rogers



DEPARTMENT OF CORRECTIONS

ERIE COUNTY PRISON
1618 ASH STREET ERIE, PA 16503

Name: [signature]
I.D. # 04850

ERIE PA 165
02 OCT 2006 PM 2 L

CLEARED X-RAY SCREENING

Honorable Sean J. McLaughlin
District Court
17 S Park Row
Erie Pa 16501

EDINBORO UNI
SESQUICENTE
1857-200