# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America,

_____ )
          Plaintiff       )
                          )
                          )
      vs.                 ) No. CR 04-52 E
                          )
Yakeen Rogers             )
_____ )
          Defendant       )

HEARING ON Sentencing - contested

Held on 10-11-06

Before Judge Sean J. McLaughlin

Marshall Piccinini, AUSA    Thomas Patton, PDA

_____    _____
   Appear for Plaintiff           Appear for Defendant

Hearing begun 10:00 am        Hearing adjourned to 11:50 am

Hearing concluded C.A.V. _____    Stenographer R. Bench

                                        Clerk N. Kierzek

WITNESSES:

For Plaintiff          For Defendant

Witness: Yakeen Rogers; Oral Order that objection filed by Δ are Denied;
Δ Sentenced to 262 months imprisonment; upon release 4 years supervised release; $100.00 Special Assessment due forthwith; fine waived