IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
vs. )  Criminal Number 04-52E
)
YAKEEN ROGERS )

The above named defendant satisfied the judgment of OCTOBER 11, 2006 by paying on DECEMBER 10, 2007 the full balance due on his/her court ordered:

____X____ Assessment
_____ Fine
_____ Costs
_____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  1/17/2008
Deputy Clerk                Date