UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-4500

UNITED STATES OF AMERICA,

v.

YAKEEN ROGERS,

Appellant

On Appeal from the United States District Court
for the Western District of Pennsylvania
(No. 04-cr-00052E)
District Judge: Hon. Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
January 15, 2008

Before: BARRY, CHAGARES and ROTH, Circuit Judges.

JUDGMENT

This cause came to be considered from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on January 15, 2008. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the Western District of Pennsylvania entered October 11, 2006, be and hereby is AFFIRMED, all in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: February 13, 2008

Certified as a true copy and issued in lieu of a formal mandate on 3/7/08

Teste: Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit